# U. S. District Court
# Eastern District of Missouri
### 111 South Tenth Street, Rm 3.300
### St. Louis, MO 63102



## RECORDS TRANSMITTAL SHEET

06/17/2014

Records forwarded to:  Clerk, U.S. Court of Appeals, Eastern District of Missouri

USDC Case:   4:14-cv-01022-CDP

Appeal Number-Case           14-2392

Case Caption            Winfield v. Steele et al

The following records are forwarded to your office as requested:

1.) Original File: Volume(s)

2.) Transcripts            TRANSCRIPT of 13 (MOTION HEARING)

3.) Exhibit/s: Expandable File Folder:

4.) Sealed       EXHIBITS Received at hearing held on Tuesday, June 10, 2014.   including CD.

5.) Comments:

_____ **(DLT)**

**U.S.C.A.  ACKNOWLEDGMENT**

| Received | Returned to U.S.D.C. |
|---|---|
| By | By |
| Date | Date |